UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>              v.<br><br>THE GREATER NEW YORK TAILORS'<br>EXPRESSMEN ASSOCIATION, INC.,<br>    Defendant. | 1:21-mc-9<br><br>(Originally Civil Action No. 61 Civil 3626) |

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: April 7, 2021

/s/ Hon. Alvin K. Hellerstein
United States District Court Judge
Southern District of New York